PD-0944-15

ATTN: Court of Criminal Appeals
RE: TR. Ct No. 51,027-C/ C.O.A. No 02-13-00216-CR / PD 0944-15/ 8a,B,C
DATE: October 24, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 29 2015

Abel Acosta, Clerk

Ladies and Gentlemen of the courts, I would like to bring to your attention, the fact that I was charged, indicted, and went to trial on the allegation of Aggravated Sexual Assault, the above stated cause number. The indictment states allegation occurred in the year 2005, of "penetration of female sexual organ with finger" (Agg Sex Asslt). Allegations were made known in the year of 2006, of "touching on top of clothing" (Indecency w/a child by contact). I went to trial for Aggravated Sexual Assault. The trial was all about the "touching of a child." Finally, the states witness (victim), when asked if she was touched under her clothing, stated she was not, a directed verdict was moved, "then" the lesser included charge of Indecency w/a child by contact hearing was held. The trial should have been about the Aggravated Sexual Assault allegation, until, it was proven of no penetration (Agg Sex Asslt), then the lesser offense!!! I had a hearing for something I was not charged or Indicted for, instead of what I was charged and indicted for!!!!!

I hope and pray this may shed some light on this case. Thank you for your attention, as well as your time in this matter!!

Ezekiel Wiggins 1873308 7 I34T

3001 S. Emily Dr. McConnell Unit

Beeville, Tx 78102

FILED IN
COURT OF CRIMINAL APPEALS

OCT 29 2015

Abel Acosta, Clerk